McLOUTH STEEL CORPORATION *v.* CORPORATION & SECURITIES COMMISSION.

This case is controlled by *Detroit Edison Company* v. *Corporation & Securities Commission,* 361 Mich 150.

Appeal from Corporation Tax Appeal Board. Submitted April 8, 1960. (Docket No. 37, Calendar No. 48,487.) Decided September 16, 1960.

McLouth Steel Corporation, a Michigan corporation, protested and appealed the redetermination of its annual franchise fee by the Michigan Corporation and Securities Commission. Amount of claimed deficiency increased by the appeal board. Plaintiff appeals. Reversed and remanded.

*Dickinson, Wright, McKean & Cudlip (William B. Cudlip, T. Donald Wade,* and *Ernest Getz,* of counsel), for plaintiff.

*Paul L. Adams,* Attorney General, *Samuel J. Torina,* Solicitor General, *T. Carl Holbrook* and *William D. Dexter,* Assistants Attorney General, for defendant.

Per Curiam. The decisive question in this case is governed by the majority decision in the case of the *Detroit Edison Company* v. *Corporation & Securities Commission,* 361 Mich 150.

The decision of the appeal board in the instant case is reversed, set aside and held for naught, and the case is remanded for further proceedings consistent with the majority opinion in the *Detroit Edison Company* v. *Corporation & Securities Commission.* No costs, a public question being involved.

Dethmers, C. J., and Carr, Kelly, Smith, Black, Edwards, and Kavanagh, JJ., concurred.

Souris, J., did not sit.